MINUTE ENTRY
MILAZZO, J.
FEBRUARY 8, 2023

JS-10 00:14

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                        CRIMINAL ACTION

VERSUS                                                          NO: 22-22

DAVID BROWN                                                     SECTION "H"

## SENTENCING
*U.S. District Judge Jane Triche Milazzo presiding*

CASE MANAGER:      Sherry Adams
COURT REPORTER:    Karen Ibos
LAW CLERK:         Kennedy Beal

APPEARANCES:       Maria M. Carboni, for Government
                   Ernest J. Bauer, Jr., for Defendant
                   David Brown, Defendant
                   Shalita B, Morgan, U.S. Probation Officer

Court begins at 10:24 a.m.
Counsel appear for the record.
On April 27, 2022, defendant entered into a guilty plea as to Count 1 of the Indictment.
Defendant and his counsel addressed the Court.
Government addressed the Court.
Defendant is sentenced as to Count 1 of the Indictment.
On oral motion of the United States, Counts 5 and 6 of the Indictment are dismissed as to David Brown.
Restitution Ordered.
See Judgment and Commitment Order.
Court adjourned at 10:38 a.m.

